UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON, | No. 2:16-cv-01981 AC |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OFCORRECTIONS, et. al., | |
| Defendants. | |

By an order filed March 30, 2017, plaintiff was ordered to pay the required filing fees in order to proceed with this action, and was cautioned that failure to do so would result in dismissal of this action. ECF No. 9. The twenty-one day period has now expired, and plaintiff has not paid the required fee.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE